**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:22-cv-60889-DIMITROULEAS/HUNT**

Evvie Eyzaguirre, individually and on behalf
of all others similarly situated,

                          Plaintiff,                    Stipulation of Dismissal
                                                        Without Prejudice

          - against -

Molson Coors Beverage Company USA LLC,

                          Defendant

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and

Defendant, hereby stipulate and agree that this proceeding is dismissed, in its entirety, without

prejudice as to the named plaintiff, each party bearing its own fees and costs.

Dated:   January 17, 2023

                                                        Respectfully submitted,

/s/ Paul J. Schwiep                                     /s/William Wright
Coffey Burlington, P.L.                                 The Wright Law Office, P.A.
2601 S Bayshore Dr Penthouse One                        515 N Flagler Dr Ste P-300
Miami Florida 33133                                     West Palm Beach FL 33401
Tel: (305) 858-2900                                     Tel: (561) 514-0904
pschwiep@coffeyburlington.com                           willwright@wrightlawoffice.com

*Counsel for Defendant*

                                                        Sheehan & Associates, P.C.
                                                        Spencer Sheehan (*Pro Hac Vice*
                                                        forthcoming)
                                                        60 Cuttermill Rd Ste 412
                                                        Great Neck NY 11021
                                                        Tel:(516) 268-7080
                                                        spencer@spencersheehan.com

                                                        *Counsel for Plaintiff*