UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-cv-60889-WPD

EVVIE EYZAGUIRRE, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

MOLSON COORS BEVERAGE COMPANY
USA LLC,

    Defendant.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE comes before the Court on the Stipulation of Dismissal Without Prejudice [DE 14], filed herein on January 17, 2023. The Court has reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Stipulation [DE 14] is **APPROVED**.

2. This action is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed.

3. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of January, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record